UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CR-20993-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO TORRES, and
ADAL ROSEMARY MARRERO,

    Defendants.
_____/

## REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE** is before the undersigned upon two Orders of Reference from the Honorable Donald M. Middlebrooks, United States District Judge for the Southern District of Florida, to conduct a hearing for acceptance of guilty pleas by the defendants in the above-referenced case. **[DE 26, 28]**. This Court, having conducted a change of plea hearing on January 25, 2010, makes the following recommendation:

    1.    On January 25, 2010, this Court convened a hearing to permit both Defendants to enter a change of plea in this case. This Court advised Defendants of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised Defendants that this Court was conducting the change of plea hearing on Orders of Reference from the District Court and at the agreement of Defendants, defense counsel, and the Assistant United States Attorney assigned to the case. This Court further advised Defendants that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning

Case No.: 09-CR-20993-MIDDLEBROOKS

Defendants' sentences and would conduct sentencing hearings at a time set by the District Court.

2. This Court advised Defendants that Defendants did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. Defendants, defense counsel, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy as to each Defendant in accordance with the outline set forth in the Bench Book for District Judges (5th Edition).

4. There are written plea agreements in this case that have been entered into by the parties in this case. This Court reviewed both plea agreements on the record and had each Defendant acknowledge that each Defendant signed his/her respective plea agreement. This Court also made certain that Defendants were aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the plea agreements and the applicable statutes.

5. Defendants pled guilty to Count I set forth in the indictment as follows:

From on or about October 19, 2009, continuing through on or about November 12, 2009, in Miami-Dade County, in the Southern District of Florida, the defendants, ADAL ROSEMARY MARRERO and RICARDO

Case No.: 09-CR-20993-MIDDLEBROOKS

ANTONIO TORRES, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.  Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.  Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

6.      The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes to which Defendants are pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable.  The government also announced the possible maximum penalty in respect to the Indictment.  Defendants acknowledged the possible maximum penalty which could be imposed in this case.

7.      Based upon all the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that each Defendant be found to have freely and voluntarily entered a guilty plea to Count I of the Indictment, as more particularly described herein, and that both Defendants be adjudicated guilty of those offenses.

Case No.: 09-CR-20993-MIDDLEBROOKS

8       A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing for Defendant Marrero and Defendant Torres has been set for **Tuesday, April 6, 2010**, at **11:30 a.m.**, and at **11:45 a.m.**, respectively, at the United States District Court, Southern District of Florida, in the James Lawrence King Federal Justice Building, 11th Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida.

**ACCORDINGLY**, the undersigned recommends to the District Court that Defendants' pleas of guilty be accepted, that Defendants be adjudicated guilty of the offenses to which pleas of guilty have been entered, and that sentencing hearings be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Donald M. Middlebrooks.

**DONE AND SUBMITTED** at Miami, Florida, this 26th day of January 2010.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc:     Hon. Donald M. Middlebrooks
        Counsel of Record
        United States Probation, U.S. District Court